RECEIVED
IN LAKE CHARLES, LA

DEC 22 2016

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THOMAS A. MCCARTNEY | * | CIVIL ACTION NO. 2:13-CV-02880 |
| v. | * | JUDGE MINALDI |
| DARLENE BURNS, ET AL. | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the two Reports and Recommendations (Rec. Docs. 72, 73) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the defendant, Heather West's Motion to Dismiss (Rec. Doc. 27) is **GRANTED**, and the plaintiff's claims against West are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Motion for Summary Judgment (Rec. Doc. 19) filed by Darlene Burns and Leslie James is **GRANTED**, and the plaintiff's claims against Burns and James are **DISMISSED WITH PREJUDICE**

**IT IS FURTHER ORDERED** that Motion for Summary Judgment (Rec. Doc. 38) filed by Aaron Barbee and Bobby Stanley is **GRANTED**, and the plaintiff's claims against Barbee and Stanley are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that because all claims have been disposed of, the complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all of the defendants' Motions for Costs (Rec. Docs. 19, 27, 38) are **DENIED**.

Lake Charles, Louisiana, this 19 day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE